UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEBBIE WILLIAMSON, | ) | |
| | ) | |
| Defendant, | ) | No. 17 CR 428-1 |
| | ) | |
| and | ) | Judge Durkin |
| | ) | |
| PRINCIPAL FINANCIAL GROUP and | ) | |
| PRINCIPAL LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Third-Party Respondent. | ) | |

## MOTION OF THE UNITED STATES FOR TURNOVER ORDER

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves for a turnover order, and in support states as follows:

1.     The court entered a restitution judgment against defendant Debbie Williamson on June 13, 2018. As of October 1, 2020, Williamson has an outstanding balance of $1,703,781.21.

2.     The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). A citation to discover assets directed to the respondent Principal Financial Group was issued on July 30, 2018 and Williamson, was served on August 6, 2018, with statutory notice.

3.     Third-party citation respondent Principal Financial Group answered the citation to discover assets on August 15, 2018. A copy of the answer is attached as Exhibit A. Principal Financial Group served Williamson with a copy of the answer as reflected in paragraph 9 of the answer. Principal Financial Group stated that at the time the citation was served it had in its

possession or under its control, property belonging to Williamson in the form of a defined benefit pension plan which Williamson will be eligible to receive a monthly annuity after her 65th birthday.

4.      Based upon Principal Financial Group's answer, the United States is entitled to 25% of the monthly distribution, once she is eligible, which represents Williamson's interest in the defined benefit pension plan being held by the respondent, which is not exempt from garnishment.  18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

5.      The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have "No. 17 CR 428-1" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604

6.      The United States has provided all notices required by law.

WHEREFORE, the United States requests entry of a turnover order requiring Principal Financial Group to submit to the Clerk of the Court 25% of the monthly annuity payments when eligible for distribution, which represents Williamson's interest in the defined benefit pension plan, which is not exempt from garnishment, to be applied to the outstanding judgment.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Scott D. Heffron
    SCOTT D. HEFFRON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-886-4190
    scott.heffron@usdoj.gov

2

644554 PRINDSM 1219418 139 08/02/2018 13:34 13

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION
### ANSWER OF THIRD PARTY CITATION RESPONDENT

United States of America )
)
)
) No. 17 CR 428-1
)
v. )
) Judge: Durkin
)
Debbie J Williamson, )
)
Defendant, )
)
and )
)
~~Principal Financial Group,~~ *Principal Life Insurance Company* )
)
Third Party Citation Respondent. )

I, _Shelly Robinson_, the _Paralegal/Analyst_ of Respondent, _Principal Life Insurance Company_, state
    (name)                        (title)

under penalty of perjury as follows:

The Respondent is a _Corporation_ organized under the laws of the State of _Iowa_
                    (partnership, corporation)

On _8-6-18_, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Debbie J Williamson, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**

Account type: _Traditional IRA_
Account No.: [redacted]
Amount: $ _583,974.43_
Amount withheld: $ _____

**Account 2**

Account type: _Defined Benefit - Qualified_
Account No.: [redacted]
Amount: $ _See Disc attached_
Amount withheld: $ _____

**Account 3**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

**Account 4**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

08/03/2018 11:49:10 AM

644554  PRINDSM  1219418  140  08/02/2018  13:34  13

2.  Safety Deposit Box  — N / A

Box No.:

Amount: $_____

Owners other than the judgment debtor:_____

3.  Detail other personal property in the respondent's possession or control:

_____ None _____

4.  Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?

Yes ___ (No)

If the answer is yes, describe below.

_____

5.  Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?

Yes ___ (No)

If yes, please describe below (continue on additional sheets if necessary):

_____

6.  Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

_____  The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

_____  On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7.  The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

8.  The Respondent mailed a copy of this Answer by first-class mail to:

(A) the defendant, Debbie J Williamson, at ████████████ Seneca, IL ████████

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

644554 · PRINDSM   1219418  141  08/02/2018  13:35   13

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _13th_ day of _August_, 2018.

*Shelly Robinson / Shelly Robinson*
(Please print and sign name)

Phone No. _515-248-3565_

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

644554  PRINDSM  1219418  142  08/02/2018  13:35  13

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

CASE NUMBER:  17 CR 428-1

V.

DEBBIE J. WILLIAMSON

DECLARATION OF CUSTODIAN OF RECORDS[1]

I, *Shelly Robinson, Paralegal Analyst*, hereby declare under penalty of perjury
(print name and title)
that the following statements are true and correct to the best of my knowledge and belief:

1.    I am a duly authorized custodian of records in the employ of Principal Financial Group, with authority
to certify said records. *Paralegal Analyst*          *Principal Life Insurance Company*

2.    The accompanying records are the originals or true copies of records made and kept in the regular scope
and course of my employer's regularly conducted activity and constitute all of the records called for in the citation
heretofore served in this matter.

3.    The entries contained in the original records were prepared by persons having actual knowledge thereof,
or with information transmitted by a person with actual knowledge, at or near the times of the occurrences of the matters
which they purport to describe.

SIGNED AND EXECUTED
this *13th* day of *August*, *2018*.

*Shelly R. Robinson*
Name
Custodian of Records for: Principal Financial Group
*Paralegal Analyst for Principal Life Insurance Company*

---

[1] To be completed if the Respondent is producing documents.
Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor,
Chicago, Illinois 60604

PERSONAL & CONFIDENTIAL
ORICA USA INC
33101 EAST QUINCY AVE
WATKINS, CO 80137-9406

**ORICA USA INC. RETIREMENT INCOME PLAN**

Contract Number: ███████

DEBBIE J WILLIAMSON
██████████
SENECA, IL ███████████

*This is your annual retirement plan statement provided to you by ORICA USA INC.*

| PENSION BENEFIT SUMMARY |
|---|

**As of January 1, 2018**
    **Earned Monthly Benefit**            $157.03
    Vesting Percent                     100%

| ADDITIONAL INFORMATION / BENEFITS |
|---|

Your employer has set up a pension plan that will give you a fixed monthly benefit when you retire. Your pension plan plays a vital role in your retirement planning because:
- Your employer funds this pension plan completely.
- The plan will give you a dependable source of income when you retire.

| ABOUT THIS STATEMENT |
|---|

**WE'VE MADE SOME ASSUMPTIONS**

- Terms of the pension plan will not change.

- The current regulatory minimums and maximums do not change.

**WE'VE USED THE FOLLOWING PENSION TERMS IN THIS STATEMENT**
**- Earned Monthly Benefit:** The accrued pension benefit on your date of termination. This is based on the formula outlined in your plan booklet. This amount would be available at your Normal Retirement Date.
**- Vesting Percent:** The non-forfeitable percentage of the pension benefit.

**PENSION BENEFIT**
The pension benefit has been calculated using the plan in effect as of 01/01/2018. It assumes that you will retire at age 65 and start receiving monthly payments under the normal form of income as defined in your summary plan description booklet. If married when you retire, federal law requires your benefits be paid in the form of a joint and survivor benefit, unless you specifically choose another form of payment offered under the plan and with your spouse's consent in writing. The joint and survivor benefit provides for a monthly benefit during your lifetime, but allows you to continue 50% of the benefit to your spouse for his or her lifetime. Under this payment method, benefits shown on this report will be reduced. If you elect another method, the pension will be adjusted accordingly.

**We prepared this statement carefully. Please review and report any discrepancies
to your employer within 90 days.**





Visit us at www.principal.com for online
access to your benefit information,
personal information and to learn more
about your retirement plan.



You may contact us at 1-800-547-7754 to
speak to a retirement specialist about the
plan's benefits and your retirement needs.
We are available M-F from 7am - 9pm CT.

## TIPS TO ACHIEVE YOUR RETIREMENT DREAMS

How much you'll need depends on your retirement goals. If you're like many people, you might need a little assistance determining the right steps to a financially secure retirement. We've prepared this report to help. Currently, the three main sources of retirement income are **Social Security, Employer Sponsored Pension Plans, and Personal Savings**.

**Social Security** - Many people in today's workforce won't receive full Social Security benefits at age 65 because the Social Security Retirement age is being phased from 65 to 67. Social Security was not intended to be a retiree's sole source of income and may cover less than 1/3 of your retirement.

**Employer Sponsored Retirement Plans** - Employer sponsored retirement plans play an important role in providing a financially secure retirement. Your employer sponsors this defined benefit plan:
- A Defined Benefit plan states the benefit a participant will receive at retirement and the benefit does not fluctuate based on market conditions.

**Personal Savings** - As part of your overall retirement savings plan, you can set up an Individual Retirement Account (IRA). There are various types of IRA's available that usually offer some tax advantages* over a personal savings account.

While your employer offers a retirement plan, you may want greater financial security at retirement. Opening a personal IRA could help. If you would like more information about your employer sponsored retirement benefits or retirement planning, call our Client Contact Center at 1-800-547-7754 or visit www.principal.com.

*Withdrawals prior to age 59 1/2 may be subject to income tax including a 10% tax penalty and redemption costs.

## IMPORTANT INFORMATION

The defined benefit plan's benefit formula uses "permitted disparity". This means, the formula provides a benefit based on a larger percentage of compensation that exceeds the plan's Social Security base and a smaller percentage of compensation that does not exceed the plan's Social Security base. Permitted disparity allows a benefit formula to take into account the lower contribution rate (as a percentage of compensation) that the employer makes to Social Security on behalf of those employees whose compensation exceeds the plan's Social Security base. For additional information on the plan's benefit formula, refer to the Summary Plan Description (booklet).